**UNPUGLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6389**

———————

HUMBERT CARRERAS,

Petitioner - Appellant,

and

JOSE ENRIQUE CHALUISAN-PAGAN; RAFAEL J.
DOMINGUEZ; CANDELARIO QUINTANA-MARTINEZ; JOSE
ALBERTO ACEVEDO-GUZMAN,

Petitioners,

versus

FEDERAL BUREAU OF PRISONS; JOHN DOE, John/Jane
Doe, Warden of Each Federal Prison Facility,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, Senior Dis-
trict Judge. (CA-99-637-5-BR)

———————

Submitted: February 16, 2001        Decided: March 8, 2001

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Humbert Carreras, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Humbert Carreras appeals the district court's order construing a 28 U.S.C. § 2241 (1994) petition filed by Carreras and four other petitioners as a joint 28 U.S.C.A. § 2255 (West Supp. 2000) motion and transferring the petition to the United States District Court for the District of Puerto Rico.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); see also Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The transfer of a post-conviction petition to another district court is not a final order, nor is it appealable as a collateral order. Middlebrooks v. Smith, 735 F.2d 431 (11th Cir. 1984).

Accordingly, we dismiss the appeal as interlocutory. Further, only Carreras signed the notice of appeal, so he is the only Appellant. Covington v. Allsbrook, 636 F.2d 63, 64 (4th Cir. 1980). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2